**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**ULYSSES BOWNES**                                                                               **PETITIONER**

v.                                                                              **No. 3:07CV125-B-A**

**CHRISTOPHER EPPS, ET AL.**                                                   **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, that the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

In addition, the petitioner's motion [23] to correct his petition to include two missing pages is hereby **GRANTED**; the court considered these two pages in deciding this case. Finally, in light of this decision, the remaining motions in this case are hereby **DISMISSED** as moot.

**SO ORDERED,** this the 18th day of June, 2008.

                                                                           /s/ Neal Biggers

                                                            NEAL B. BIGGERS
                                                            SENIOR U. S. DISTRICT JUDGE